# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOE HAND PROMOTIONS, INC.<br><br>v.<br><br>TAREK SHEHADEH, NADEEM SIDDIQUE, FALON VELA, LITTLE ROCK LOUIE, LLC, and NICK's BAR LOUIE, INC. | CIVIL ACTION<br><br>NO. 18-4119 |
|---|---|

## ORDER RE: MOTION TO DISMISS

AND NOW, this 10th day of May, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF 9), Plaintiff's Response thereto (ECF 10), Defendants' Reply thereto (ECF 12), and the supplemental briefing following oral argument (ECF 17, 20 & 23), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 18\18-4119 Joe Hand v Shehadeh\18cv4119 Order re MTD.docx